

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Raymond R. Gehrke, Jr., on behalf of himself and other Plaintiffs similarly situated

v.

Downes Swimming Pool Co., Inc. and Luis N. Downes, individually

Case Number:

FILED
DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Raymond R. Gehrke, Jr., and other Plaintiffs similarly situated

07CV6859
JUDGE NORGLE
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print)<br>Marty Denis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marty Denis | |
| FIRM<br>Barlow, Kobata & Denis | |
| STREET ADDRESS<br>525 W Monroe Street, Suite 2360 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>615900 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |