**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Raymond R. Gehrke, Jr., et al.<br>v.<br>Downes Swimming Pool Co., Inc., and<br>Luis N. Downes, individually. | Case Number: 07 CV 6895 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Raymond R. Gehrke, Jr.

| NAME (Type or print) |
|---|
| Bethany Hilbert |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Bethany Hilbert |

| FIRM |
|---|
| Barlow, Kobata & Denis |

| STREET ADDRESS |
|---|
| 525 W. Monroe Street, Suite 2360 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280213 | (312) 648-5570 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐