IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAYMOND R. GEHRKE, JR., on behalf of himself and other Plaintiffs similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOWNES SWIMMING POOL CO., INC., )<br>and LUIS N. DOWNES, individually, )<br>)<br>Defendants. ) | Case No. 07 CV 6859<br><br>Honorable Charles R. Norgle<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

To:

    Steven Messner
    444 Skokie Blvd Ste 303
    Wilmette, IL 60091-3074
    Fax: (847) 256-6582

    PLEASE TAKE NOTICE that on the 22nd day of July, 2008, I caused to be filed with the Clerk of the Court the original of the Appearance of Bethany Hilbert on behalf of Raymond r. Gehrke, Jr.

DATED: July 22, 2008                                    Respectfully submitted,

                                                                                ___s/ Bethany Hilbert_____
                                                                                 Marty Denis
                                                                                 Bethany Hilbert
                                                                                 Barlow, Kobata & Denis
                                                                                 525 West Monroe
                                                                                 Suite 2360
                                                                                 Chicago, Illinois 60661

                                                                                 Attorneys for Plaintiffs

PROOF OF SERVICE

    I, Bethany Hilbert, an attorney, certify that a true and correct copy of the Appearance of Bethany Hilbert was served via the Court's ECF electronic filing system on July 22, 2008 upon:

Steven Messner
444 Skokie Blvd Ste 303
Wilmette, IL 60091-3074
Fax: (847) 256-6582

    ___*s/ Bethany Hilbert*_____
    Bethany Hilbert