# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Raymond R Gehrke Jr.

                                        Plaintiff,

v.                                                      Case No.: 1:07−cv−06859
                                                        Honorable Charles R. Norgle Sr.

Downes Swimming Pool Co., Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

        MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing is rescheduled from 9/12/2008 to 11/21/2008 at 9:30 a.m. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.